IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 01 NOV 26 PM 3:21 |
| Plaintiff, | ) | |
| vs. | ) CIVIL NO. 96-0437 HP/JHG | |
| DIAMOND BAR CATTLE CO., et al., | ) | |
| Defendants. | ) | |

## SATISFACTION OF JUDGMENT

The United States of America acknowledges satisfaction of judgment entered on April 3, 1997, and that the Defendants, Diamond Bar Cattle Company and Laney Cattle Company, by Sherry Laney, have satisfied the judgment debt entered in the above-captioned and numbered action.

A Transcript of Judgment Docket was recorded in the records of the County Clerk of Sierra County, New Mexico, on April 27th, 1998, in Book 59, Pages 323-324 of Miscellaneous Records, Document 01705. The lien created thereby is released.

DAVID C. IGLESIAS
United States Attorney

RAYMOND HAMILTON
Assistant U. S. Attorney
P. O. Box 607
Albuquerque, New Mexico 87103
(505) 224-1413/224-1449

I HEREBY CERTIFY that a true copy of the foregoing pleading was provided to Kit and Sherry Laney, HC30, Box 470, Winston, New Mexico 87943 this _____ day of November, 2001.

RAYMOND HAMILTON
Assistant U. S. Attorney

