IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 22 2005

MATTHEW J. DYKMAN
CLERK

DIAMOND BAR CATTLE COMPANY
and LANEY CATTLE COMPANY

    Plaintiffs,

vs.

CIVIL NO. 96-437 WJ/LCS

UNITED STATES OF AMERICA;
ANN VENEMAN, Secretary of
the United States Department of
Agriculture; and U.S.D.A.
Forest Service,

    Defendants.

### STIPULATED ORDER TO EXTEND DEADLINE FOR FILING BRIEFS REGARDING DUE PROCESS AND AGENCY REGULATIONS

THIS MATTER having come before the Court on the stipulation of the parties that the deadlines to file briefs set out in the Order filed on June 29, 2005 [Docket No. 138] should be extended, and the Court being fully advised,

IT IS HEREBY ORDERED that the briefing schedule as set out in Docket No. 138 is extended such that the United States' brief shall be filed on or before August 22, 2005. Sherry Farr's response brief, and any brief to be filed by the Intervenors, shall be filed within 30 days after the United States' brief is filed.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE


140

**APPROVED:**

_____  7-18-05
Howard R. Thomas
Assistant U.S. Attorney
District of New Mexico
201 3rd Street, N.W.
Albuquerque, NM 87102
(505) 346-7224
*For the United States of America*

*approved via fax by Sherry Farr 7-15-05*
Sherry Farr, *Pro Se*
HC-30, Box 470
Winston, NM 87943

*approved by Thomas D. Lustig by telephone on 7-14-2005*
David Plotsky
122 Girard Ave., S.E.
Albuquerque, NM 87106
505-268-0095
         -&-
Thomas D. Lustig
National Wildlife Federation
Suite 100, 2260 Baseline Road
Boulder, CO 80302
303-786-8001
*For Intervenors*