FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 1 0 2005

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DIAMOND BAR CATTLE COMPANY
and LANEY CATTLE COMPANY

   Plaintiffs,

   vs.

UNITED STATES OF AMERICA;
ANN VENEMAN, Secretary of
the United States Department of
Agriculture; and U.S.D.A.
Forest Service,

   Defendants.

CIVIL NO. 96-437 WJ/LCS

## CONSENT JUDGMENT ON FINAL DAMAGES

This matter coming before the Court on the stipulation of the parties, the Court

being fully informed in the premises, and Kit and Sherry Laney, Diamond Bar Cattle Co. and

Laney Cattle Co. (collectively the "Laneys") having withdrawn all objections to the United

States' Motion for Final Damages (including Docket Nos. 116, 120, 121, 124, 125, and 136) and

having consented to entry of judgment for damages against them, jointly and severally, as set

forth herein; and in addition, the Laneys agreeing to comply with all Orders and Judgments

heretofore entered in this case and Orders and Judgments that may be entered hereafter; all

parties indicating their agreement and consent to judgment being entered as set forth herein;

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED that as to the

United States' Motion for Final Damages Judgment be and hereby is granted in its entirety and

Judgment is entered, jointly and severally, against Kit and Sherry Laney, Diamond Bar Cattle Co.

and Laney Cattle Co. (collectively the "Laneys") in the amount of $437,816.27. The Court's

previous Partial Judgment on damages [Docket No. 111] remains in full force and effect, and is in addition to this Consent Judgment.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT that the United States shall retain the proceeds realized from the sale of the Laneys' impounded cattle in the amount of $200,800.50, that amount to be credited against the $437,816.27 awarded by this Consent Judgment.  Interest shall  run on the unpaid balance of $237,015.77 pursuant to 28 U.S.C. §1961.

The Court retains jurisdiction to enforce provisions of this Consent Judgment and all other Orders and Judgments entered in this case.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

DAVID C. IGLESIAS
United States Attorney

_____
HOWARD R. THOMAS
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM  87102
(505) 346-7274

Dated: ___8-5-05___

_____
SHERRY FARR, *Pro Se*

Dated:_____

_____
KIT LANEY, *Pro Se*

Dated:_____

2

DIAMOND BAR CATTLE CO., by
Its general partners, Kit Laney and Sherry
Farr:

_____
SHERRY FARR, General Partner, Diamond
Bar Cattle Co.
Dated:_____

_____
KIT LANEY, General Partner, Diamond Bar
Cattle Co.
Dated:_____

_____
Counsel for Diamond Bar Cattle Company

Dated:_____

LANEY CATTLE CO., by
Its general partners, Kit Laney and Sherry
Farr:

_____
SHERRY FARR, General Partner, Laney
Cattle Co.
Dated:_____

_____
KIT LANEY, General Partner, Laney
Cattle Co.
Dated:_____

_____
Counsel for Laney Cattle Company

Dated:_____

3

NOTE: Approval to submit this Consent
Judgment with faxed signatures appended
was granted on August 5, 2005, by the
chambers of William P. Johnson, United
States District Judge

8-5-05

Howard R. Thomas
Assistant U.S. Attorney

4

previous Partial Judgment on damages [Docket No. 111] remains in full force and effect, and is
in addition to this Consent Judgment.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT that the
United States shall retain the proceeds realized from the sale of the Laneys' impounded cattle in
the amount of $200,800.50, that amount to be credited against the $437,816.27 awarded by this
Consent Judgment.  Interest shall  run on the unpaid balance of $237,015.77 pursuant to 28
U.S.C. §1961.

The Court retains jurisdiction to enforce provisions of this Consent Judgment and
all other Orders and Judgments entered in this case.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

DAVID C. IGLESIAS
United States Attorney

_____
HOWARD R. THOMAS
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM  87102
(505) 346-7274

SHERRY FARR, *Pro Se*

Dated: _____

Dated: July 29, 2005

_____
KIT LANEY, *Pro Se*

Dated: _____

2

previous Partial Judgment on damages [Docket No. 111] remains in full force and effect, and is in addition to this Consent Judgment.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT that the United States shall retain the proceeds realized from the sale of the Laneys' impounded cattle in the amount of $200,800.50, that amount to be credited against the $437,816.27 awarded by this Consent Judgment. Interest shall run on the unpaid balance of $237,015.77 pursuant to 28 U.S.C. §1961.

The Court retains jurisdiction to enforce provisions of this Consent Judgment and all other Orders and Judgments entered in this case.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

DAVID C. IGLESIAS
United States Attorney

_____
HOWARD R. THOMAS
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87102
(505) 346-7274

Dated: _____

_____
SHERRY FARR, Pro Se

Dated: _____

_____
KIT LANEY, Pro Se

Dated: Aug 3 - 05

2

DIAMOND BAR CATTLE CO., by
Its general partners, Kit Laney and Sherry
Farr:

*Sherry Farr*

SHERRY FARR, General Partner, Diamond
Bar Cattle Co.
Dated: _July 29, 2005_


_____
KIT LANEY, General Partner, Diamond Bar
Cattle Co.
Dated: _____

*Paul M. Kleutz*

Counsel for Diamond Bar Cattle Company

Dated: _8/5/05_

LANEY CATTLE CO., by
Its general partners, Kit Laney and Sherry
Farr:

*Sherry Farr*

SHERRY FARR, General Partner, Laney
Cattle Co.
Dated: _July 29, 2005_


_____
KIT LANEY, General Partner, Laney
Cattle Co.
Dated: _____

*Paul M. Kleutz*

Counsel for Laney Cattle Company

Dated: _8/5/05_


3

DIAMOND BAR CATTLE CO., by
Its general partners, Kit Laney and Sherry
Farr:

_____
SHERRY FARR, General Partner, Diamond
Bar Cattle Co.
Dated: _____

_____
KIT LANEY, General Partner, Diamond Bar
Cattle Co.
Dated: Aug 3 - 05

_____
Counsel for Diamond Bar Cattle Company

Dated:_____

LANEY CATTLE CO., by
Its general partners, Kit Laney and Sherry
Farr:

_____
SHERRY FARR, General Partner, Laney
Cattle Co.
Dated:

_____
KIT LANEY, General Partner, Laney
Cattle Co.
Dated: Aug 3 - 05

_____
Counsel for Laney Cattle Company

Dated:_____

3

Dated: August 8, 2005

Thomas D. Lustig
Michael A. Saul
National Wildlife Federation
Suite 100   2260 Baseline Road
Boulder, Colorado   80302
303/786-8001 (ext. 18, 26); 303

David Plotsky
Plotsky & Dougherty
122 Girard Blvd. S.E.
Albuquerque, New Mexico   87106
505/268-0095

Counsel for Intervenors National Wildlife
    Federation, Gila Watch, New Mexico
    Wildlife Federation, Rio Grande Chapter
    of Trout Unlimited; Wilderness Watch,
    and Center For Biological Diversity