IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DIAMOND BAR CATTLE COMPANY
and LANEY CATTLE COMPANY

      Plaintiffs,

vs.                                       CIVIL NO. 96-437 WJ/LCS

UNITED STATES OF AMERICA;
ANN VENEMAN, Secretary of
the United States Department of
Agriculture; and U.S.D.A.
Forest Service,

      Defendants.

## SATISFACTION OF DAMAGES AWARDED IN PARTIAL JUDGMENT [DOCKET NO. 111] AND CONSENT JUDGMENT [DOCKET NO. 141]

The United States of America, by and through the undersigned, acknowledges satisfaction of the damages awarded to the United States the Partial Judgment [Docket No. 111] filed in this cause on February 11, 2004, and in the Consent Judgment [Docket No. 141] filed in this cause on August 10, 2005.

      Respectfully submitted,

      DAVID C. IGLESIAS
      United States Attorney


      _____
      HOWARD R. THOMAS
      Assistant U. S. Attorney
      P.O. Box 607
      Albuquerque, NM  87102
      (505) 346-7274

I HEREBY CERTIFY that on August 26, 2005, a true and correct copy of the foregoing was mailed to Kit Laney and Sherry Farr at HC-30, Box 470, Winston, NM 87943, to Paul M. Kienzle III, Esq., P.O. Box 587, Albuquerque, NM 87103-0587, to David Plotsky, Esq., 122 Girard Ave., S.E., Albuquerque, NM 87106, and to Thomas D. Lustig, Esq., National Wildlife Federation, Suite 100, 2260 Baseline Road, Boulder, CO 80302.

N:\JtThomas\cases\DIAMOND BAR\SATISFACTION OF DAMAGES AWARDED IN PARTIAL JUDGMENT AND CONSENT JUDGMENT.wpd