IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DIAMOND BAR CATTLE COMPANY
and LANEY CATTLE COMPANY

      Plaintiffs,

      vs.                              CIVIL NO. 96-437 WJ/LCS

UNITED STATES OF AMERICA;
ANN VENEMAN, Secretary of
the United States Department of
Agriculture; and U.S.D.A.
Forest Service,

      Defendants.

## NOTICE OF WITHDRAWAL OF COUNSEL

      The United States of America, by and through the undersigned, hereby withdraws U.S. Department of Justice counsel of record Lois J. Schiffer and Margo D. Miller. Said counsel were associated with the original litigation in this matter, and no longer work with the Department of Justice. The United States will continue to be represented in this matter by Howard R. Thomas, Assistant U.S. Attorney.

      Respectfully submitted,

      DAVID C. IGLESIAS
      United States Attorney


      _____
      HOWARD R. THOMAS
      Assistant U. S. Attorney
      P.O. Box 607
      Albuquerque, NM 87102
      (505) 346-7274

I HEREBY CERTIFY that on September 13, 2005, a true and correct copy of the foregoing was mailed to Kit Laney and Sherry Farr at HC-30, Box 470, Winston, NM 87943, to Paul M. Kienzle III, Esq., P.O. Box 587, Albuquerque, NM 87103-0587, to David Plotsky, Esq., 122 Girard Ave., S.E., Albuquerque, NM 87106, and to Thomas D. Lustig, Esq., National Wildlife Federation, Suite 100, 2260 Baseline Road, Boulder, CO 80302.

N:\JThomas\cases\DIAMOND BAR\diamond bar notice of withdrawal 091305 Schiffer and Miller.wpd