

# NATIONAL WILDLIFE FEDERATION®

*People and Nature: Our Future Is in the Balance*

Rocky Mountain Natural Resource Center

**RECEIVED**
U.S. DISTRICT COURT
LAS CRUCES, NEW MEXICO

APR 4 - 1997

*[Signature]*
CLERK

March 31, 1997

Robert March, Clerk of the Court
United States District Court for
    the District of New Mexico
200 East Griggs
Las Cruces, New Mexico  88001

    Re:  *Diamond Bar Cattle Company v. United States* (CIV No. 96-0437 HB/JHG) — <u>Withdrawal</u> of Applicant-Intervenors' February 28, 1997 Motion for Alteration of the December 4, 1996 Memorandum Opinion Regarding Applicants' Motion to Intervene

Dear Mr. March:

    On February 28, 1997, the Applicant-Intervenors (the National and New Mexico Wildlife Federations, Gila Watch, the Rio Grande chapter of Trout Unlimited, and Wilderness Watch) began the motions process specified in D.N.M.LR-Civ.7 by serving all parties with a MOTION FOR ALTERATION OF THIS COURT'S DECEMBER 4, 1996 MEMORANDUM OPINION REGARDING APPLICANTS' MOTION TO INTERVENE.

    Based on the in-court representations as to the provisions of a stipulated judgment by the plaintiffs and government on March 25, 1997, the Applicant-Intervenors no longer feel it necessary to pursue their February 28, 1997 motion. I have therefore advised all parties we do not intend to follow through on filing that motion, and consider it withdrawn.

    Respectfully submitted,

*[Signature: Thomas D. Lustig]*

DOUGLAS W. WOLF
New Mexico Environmental Law
    Center
1405 Luisa Street, Suite 5
Santa Fe, NM  87505
505/989-9022
New Mexico Bar # 7473
*Resident Counsel for Intervenors*

THOMAS D. LUSTIG
National Wildlife Federation
2260 Baseline Road, Suite 100
Boulder, CO 80302
(303) 786-8001 ext. 18
Colorado Atty. reg. # 6064
*Counsel of Record for
    Intervenors*

c:    Margo D. Miller
    Larry G. Patton
    R. Lar Thomas
    John W. Zavitz

2260 Baseline Road, Suite 100, Boulder, CO 80302 Tel: 303-786-8001 Website: http://www.nwf.org/

# NATIONAL WILDLIFE FEDERATION

*People and Nature: Our Future Is in the Balance*

Rocky Mountain Natural Resource Center

March 31, 1997

Larry G. Patton
Attorney for Diamond Bar
P.O. Box 131
Luna, New Mexico   87824

John W. Zavitz
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM   87103

Margo D. Miller
Department of Justice
Environment and Natural
  Resources Division
P.O. Box 663
Washington, D.C.   20044-0663

R. Lar Thomas
4520 Montgomery NE, Suite 5
Albuquerque, New Mexico
87109

Re:   *Diamond Bar Cattle Company v. United States* (CIV No. 96-0437 HB/JHG) — Withdrawal of Applicant-Intervenors' February 28, 1997 Motion for Alteration of the December 4, 1996 Memorandum Opinion Regarding Applicants' Motion to Intervene

Dear Folks:

Based on the in-court representations as to the provisions of a stipulated judgment by the plaintiffs and government on March 25, 1997, the Applicant-Intervenors no longer feel it necessary to pursue their February 28, 1997 MOTION FOR ALTERATION OF THIS COURT'S DECEMBER 4, 1996 MEMORANDUM OPINION REGARDING APPLICANTS' MOTION TO INTERVENE.

Accordingly, I have sent the Clerk of the Court the attached letter "withdrawing" our February 28, 1997 motion, which under (D.N.M.LR-Civ.7) was never filed with the Court.

Sincerely,

THOMAS D. LUSTIG
National Wildlife Federation
2260 Baseline Road, Suite 100
Boulder, CO 80302
(303) 786-8001 ext. 18
Colorado Atty. reg. No. 6064
*Counsel of Record for Plaintiffs*

c:   Robert M. March, Clerk of the Court